UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 16-20273-CIV-MARTINEZ-GOODMAN**

JAMES RIVER INSURANCE COMPANY,
Plaintiff,
vs.

RICH BON CORP. d/b/a THE MINT LOUNGE,
et al.,
Defendants.
_____________________________________/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

THIS CAUSE came before the Court upon Defendant Rich Bon Corp. d/b/a the Mint Lounge's Motion to Dismiss Complaint for Declaratory Relief, or in the Alternative, to Stay (D.E. No. 13). After careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**. Defendants' Motion is **GRANTED** only to the extent that this case is **STAYED** pending the resolution of *Marquell Shellman v. Rich Bon Corp. d/b/a The Mint Lounge, et al.*, Case No. 15-025916 CA 01, in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. Defendant's Motion is **DENIED** in all other respects.

2. This case is **ADMINISTRATIVELY CLOSED** for statistical purposes only. This shall not affect the substantive rights of the parties.

3. The parties shall move to lift the stay within (20) days of the issuance of a final decision in *Marquell Shellman v. Rich Bon Corp. d/b/a The Mint Lounge, et al.*, Case No. 15-025916 CA 01.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of August, 2016.

_____________________________
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record